# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Target Account in Possession and Control of Google LLC as Described in Affidavit of CBP Special Agent Douglas Robbins

Case No. 3:24−cr−00838

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See description of Target Account in Attachment A of the Affidavit of CBP Special Agent Douglas Robbins

located in the Northern District of California, there is now concealed *(identify the person or describe the property to be seized)*:

See description of things to be seized in Attachment B to Affidavit of CBP Special Agent Douglas Robbins

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 208 | Acts Affecting a Personal Financial Interest |

The application is based on these facts:

See Attached Affidavit of CBP Special Agent Douglas Robbins

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Douglas Robbins, Special Agent, CBP
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 4.1, 41(d) (3)

Date: August 28, 2024

*Judge's signature*

City and state: Columbia, South Carolina    Hon. Shiva V. Hodges, United States Magistrate Judge
*Printed name and title*